1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QWEST CORPORATION,

Plaintiff,

vs.

WASHINGTON UTILITIES AND
TRANSPORTATION COMMISSION, et al.,

Defendants.

NO.  C06-956RSL

ORDER VACATING ORDER
REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT AND EARLY
SETTLEMENT AND SETTING
BRIEFING SCHEDULE

It having come to the Court's attention that the above entitled case is exempt from the requirements of FRCP 26(a) and (f), the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement entered July 31, 2006, is hereby VACATED.

The Clerk of Court is directed to note plaintiff's administrative appeal on the Court's calendar for February 16, 2007.  Plaintiff shall file an opening memorandum no later than 4:30 pm on Thursday, January 25, 2007.  Defendants shall file their response no later than 4:30 pm on Monday, February 12, 2007.  Plaintiff's reply, if any, shall be filed no later than 4:30 pm on Thursday, February 15, 2007.  These dates may be altered by stipulation of counsel or on order of the Court for good cause shown.

### JOINT REPORT REGARDING CONSENT

All counsel and any pro se parties are directed to confer and provide the Court with a combined Joint Report (the "Report") regarding consent by **September 18, 2006.**  The Report

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT AND SETTING BRIEFING SCHEDULE-1

should state whether the parties agree that a full-time Magistrate Judge may conduct all

proceedings, including trial and the entry of judgment, under 28 U.S.C. § 636(c) and Local Rule

MJR 13.  The Magistrate Judge who will be assigned the case is James P. Donohue.  Agreement

in the Report will constitute the parties' consent to referral of the case to the assigned Magistrate

Judge.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES

Starting June 1, 2004, counsel shall be required to electronically file all documents with

the Court.  *Pro se* litigants may file either electronically or in paper form.  Information and

procedures for electronic filing can be found on the Western District of Washington's website at

www.wawd.uscourts.gov.  The following alterations to the Electronic Filing Procedures apply in

all cases pending before Judge Lasnik:

- Section III, Paragraph F - when the aggregate submittal to the court (*i.e.*, the motion,

any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50**

pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary)

shall be delivered to the Clerk's Office for chambers.  The chambers copy must be clearly

marked with the words "Courtesy Copy of Electronic Filing for Chambers."

- Section III, Paragraph K - unless the proposed order is stipulated, agreed, or otherwise

uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

## PRIVACY POLICY

Pursuant to the General Order of the Court regarding Public Access to Electronic Case

Files (filed 5/29/03), parties are to redact the following information from documents and exhibits

before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers - redact to the last four digits

* Financial Accounting Information - redact to the last four digits

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT
AND EARLY SETTLEMENT AND SETTING BRIEFING SCHEDULE-2

The General Order was issued pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must comply with the Privacy Policy and the General Order.

## EARLY SETTLEMENT CONSIDERATION

When civil cases are settled early -- before they become costly and time-consuming -- all parties and the court benefit.  The Federal Bar Association Alternative Dispute Resolution Task Force Report for this district stated:

> [T]he major ADR related problem is not the percentage of civil cases that ultimately settle, since statistics demonstrate that approximately 95% of all cases are resolved without trial.  However, the timing of settlement is a major concern. Frequently, under our existing ADR system, case resolution occurs far too late, after the parties have completed discovery and incurred substantial expenditure of fees and costs.

The judges of this district have adopted a resolution "approving the Task Force's recommendation that court-connected ADR services be provided as early, effectively, and economically as possible in every suitable case."

The steps required by this Order are meant to help achieve that goal while preserving the rights of all parties.

If settlement is achieved, counsel shall notify Kerry Simonds, deputy clerk, at 206-370-8519.

## SANCTIONS

A failure by any party to comply fully with this Order may result in the imposition of sanctions.

DATED this 30th day of August, 2006.

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT AND SETTING BRIEFING SCHEDULE-3