# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

QWEST CORPORATION,

        Plaintiff,

vs.

        **C06-956 JPD**

WASHINGTON UTILITIES and
TRANSPORTATION COMMISSION, et al.,

        **ORDER GRANTING ORAL ARGUMENT**

        Defendant.

Plaintiff's have requested Oral Argument in the above entitled matter. The request is GRANTED. The Court will hear Oral Argument on

<u>Thursday, March 15, 2007 at 3:00pm</u>

The hearing will be held in Courtroom 12B, U.S. Courthouse, Seattle, Washington. If the hearing date assigned to this matter creates an irreconcilable conflict, counsel must notify Peter H. Voelker, deputy clerk, within five (5) business days of the date of this order at (206) 370-8422.

The administrative appeal is hereby re-noted on the Court's calendar for March 15, 2007.

**ORDER** C06-956 JPD

Dated this 9th day of February, 2007.

*James P. Donohue*

James P. Donohue
U.S. Magistrate Judge

**ORDER** C06-956 JPD